MICHAEL J. HEYMAN
United States Attorney

MAC CAILLE PETURSSON
SETH M. BEAUSANG
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@usdoj.gov
Email: seth.beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STEVEN RAY REICHEL,<br><br>　　　　Defendant. | No. 3:26-cr-00004-SLG-KFR<br><br>COUNT 1:<br>POSSESSION WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES<br>　Vio. of 21 U.S.C. § 841(a)(1), (b)(1)(A)<br><br>COUNTS 2:<br>CARRYING A FIREARM DURING AND IN RELATION TO A DRUG TRAFFICKING CRIME<br>　Vio. of 18 U.S.C. § 924(c)(1)(A)(i)<br><br>COUNTS 3:<br>FELON IN POSSESSION OF A FIREARM AND AMMUNITION<br>　Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>ENHANCED STATUTORY PENALTIES ALLEGATION:<br>　21 U.S.C. § 841(b)(1)(A) |

CRIMINAL FORFEITURE
ALLEGATION 1:
  21 U.S.C. § 853(a)(1) & (2), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a)

CRIMINAL FORFEITURE
ALLEGATION 2:
  18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(a)

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about August 8, 2024, within the District of Alaska, the defendant, STEVEN RAY REICHEL, knowingly and intentionally possessed with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1), with that violation involving a mixture or substance containing 500 grams or more of methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A).

### COUNT 2

On or about August 8, 2024, within the District of Alaska, the defendant, STEVEN RAY REICHEL, knowingly carried a firearm, namely a Kimber Eclipse Pro Target II .45 caliber pistol and ammunition, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession of Methamphetamine with Intent to Distribute in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A) as charged in Count 1 of this Indictment, and possessed the firearm in furtherance of that drug trafficking crime.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

COUNT 3

On or about August 8, 2024, within the District of Alaska, the defendant, STEVEN RAY REICHEL, knowing that he had previously been convicted by any court of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a Kimber Eclipse Pro Target II .45 caliber pistol, and ammunition.

Prior Convictions

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| June 17, 2014 | Misconduct Involving Controlled Substances in the Fourth Degree | Alaska Superior Court Kenai | 3HO-14-146 |
| April 18, 2018 | Misconduct Involving Weapons in the Third Degree | Alaska Superior Court Kenai | 3KN-17-712 |
| April 18, 2018 | Misconduct Involving Weapons in the Third Degree | Alaska Superior Court Kenai | 3KN-17-712 |
| April 18, 2018 | Attempted Misconduct Involving Controlled Substances in the Second Degree | Alaska Superior Court Kenai | 3KN-16-712 |
| April 18, 2018 | Misconduct Involving Weapons in the Third Degree | Alaska Superior Court Kenai | 3KN-16-732 |
| April 18, 2018 | Misconduct Involving Weapons in the Third Degree | Alaska Superior Court Kenai | 3KN-16-732 |
| April 18, 2018 | Attempted Manufacture/Deliver Controlled Substances in the Second | Alaska Superior Court Kenai | 3KN-16-732 |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

ENHANCED STATUTORY PENALTIES ALLEGATION

Before the defendant, STEVEN RAY REICHEL, committed the offenses charged in Count 1, he had a final conviction for a serious drug felony: Manufacture/Deliver Controlled Substances in the Second Degree, in violation of Alaska Stat. §§ 11.71.020(a)(1), for which he served terms of imprisonment of more than 12 months and for which his release from such terms of imprisonment was within 15 years of the commencement of the offense charged in Count 1.

All pursuant to 21 U.S.C. § 841(b)(1)(A).

CRIMINAL FORFEITURE ALLEGATION 1

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853(a)(1) and (2), and 28 U.S.C. § 2461(c).

Pursuant to 21 U.S.C. § 853(a)(1) and (2), upon conviction of an offense in violation of 21 U.S.C. § 841, the defendant, STEVEN RAY REICHEL, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including a forfeiture money judgment equal to the value of the property; the property to be forfeited includes, but is not limited to:

1. A Kimber Eclipse Pro Target II .45 caliber pistol, serial number: KR19394;
2. All associated magazines and ammunition; and
3. Approximately $10,415 in U.S. currency.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

All pursuant to 21 U.S.C. § 853(a)(1) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

## CRIMINAL FORFEITURE ALLEGATION 2

The allegations contained in Counts 2 and 3 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offenses in violation of 18 U.S.C. § 924(c)(1)(A), and 18 U.S.C. § 922(g)(1) as set forth in Counts 2 and 3 of this Indictment, the defendant, STEVEN RAY REICHEL, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved or used in commission of the offense, including, but not limited to:

1. A Kimber Eclipse Pro Target II .45 caliber pistol, serial number: KR19394; and

2. All associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Mac Caille Petursson
MAC CAILLE PETURSSON
Assistant U.S. Attorney
United States of America


s/ Thomas C. Bradley for
MICHAEL J. HEYMAN
United States Attorney
United States of America


DATE: 1/20/26